■ **THE PEOPLE OF THE STATE OF NEW YORK**, Respondent, v. **BRUCE JORDAN KETCHAM**, Also Known as **BRUCE MILLER**, Appellant.— Appeal from a judgment of the County Court of Tioga County, rendered January 15, 1974, upon a verdict convicting defendant of the crime of murder. The brief of the defendant sets forth eight different points of alleged error which it is claimed require a reversal and dismissal of the indictment or, in the alternative, a new trial. Each of the several points has been examined in detail. Most of the alleged errors are without merit and, if there be any, it is not so material or prejudicial as to require a reversal of the judgment of conviction. The defendant received a fair and impartial trial and the record contains legally admissible

evidence which, if accepted by a jury, would establish his guilt beyond a reasonable doubt. Judgment affirmed. Herlihy, P. J., Greenblott, Sweeney, Kane and Main, JJ., concur.